**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

NICHOLAS LOIOLA,

                               **Plaintiff,**                    **24-CV-05155 (JLR)(SN)**

              -against-                                          **ORDER**

MARTIN J. O'MALLEY,

                               **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Notwithstanding any prior order of the Court, 30 days after the Commissioner files the electronic Certified Administrative Record, the Plaintiff must file and serve on the Commissioner a brief for the requested relief. Supp. Rules for Social Security Actions 6-8. The Commissioner must file a brief and serve it on Plaintiff within 30 days after service of Plaintiff's brief. Plaintiff must file any reply brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        July 18, 2024
              New York, New York