**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

NICHOLAS L.,

                Plaintiff,           24 **CIVIL** 5155 (GRJ)

-v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 24, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 17) is GRANTED, and this matter is REMANDED for further administrative proceedings consistent with this Decision and Order. Accordingly the case is closed.

**Dated:** New York, New York

      March 24, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                          **BY:**

                                                        **Deputy Clerk**